proofs of death of the insured animal stated that it first showed signs of sickness on July 6th, when the proof showed conclusively that it first showed signs of sickness on July 2nd and continued to grow steadily worse until its death, *held* to be strongly suggestive of the fact that the assured appreciated that notice of sickness had not been promptly given.

5. INSURANCE, § 441*—*what is not excuse for noncompliance with provision for notice of sickness of animal.* Under a provision in a live-stock insurance policy requiring the assured to give notice to the insurer "at once" of any sickness or accident to the insured animal, the fact that the assured was away from home when the animal was taken sick would not excuse him from performing such requirement; if he was not so situated, for any reason, that he could personally perform his contract in respect to giving such notice at once, it would be his imperative duty to arrange with others to perform it for him.

6. INSURANCE, § 666*—*when evidence sufficient to show failure to give required notice of sickness of animal.* Evidence *held* sufficient to show that the plaintiff did not give the defendant notice of the sickness of the insured animal within the time required of him by his contract, in an action to recover under a live-stock insurance policy for the death of the insured animal.

---

## Stacey Van Valkenburg, Appellee, v. Western Live Stock Insurance Company, Appellant.

### (Not to be reported in full.)

Appeal from the Circuit Court of Vermilion county; the Hon. JOHN H. MARSHALL, Judge, presiding. Heard in this court at the October term, 1916. Reversed with finding of fact. Opinion filed April 16, 1917.

### Statement of the Case.

Action by Stacey Van Valkenburg, plaintiff, against the Western Live Stock Insurance Company, a corpo-

---

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

ration, to recover on a live-stock insurance policy. From a judgment for plaintiff, defendant appeals.

This policy was upon the same animal insured in the case of *Van Valkenburg v. Granite Live Stock Ins. Co., ante,* p. 28, the opinion in which was filed the same day.

THOMAS J. GRAYDON and LINDLEY, PENWELL & LINDLEY, for appellant.

ACTON & ACTON, for appellee.

MR. JUSTICE GRAVES delivered the opinion of the court.

### Abstract of the Decision.

INSURANCE, § 666*—*when evidence sufficient to show failure to give required notice of sickness of animal.* Evidence *held* sufficient to show that plaintiff did not give defendant notice of the sickness of the insured animal within the time required of him by his contract, in an action to recover under a live-stock insurance policy for the death of the insured animal.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.